# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Weslease 2018 Operating LP, | ) | |
| | ) | **ORDER FOR STATUS** |
| Plaintiff, | ) | **CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dale Behan, et al., | ) | |
| | ) | Case No. 1:19-cv-157 |
| Defendant. | ) | |

A status conference will be held before the magistrate judge on November 23, 2020, at 1:30 p.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 5th day of December, 2019.

                                                  */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                   United States District Court